## CAROLLO v
## RAILWAY EXPRESS AGENCY, INC

Ohio Appeals, 6th Dist Lucas Co

Decided Dec 9, 1935

Fritsche & Winchester, Toledo, for plaintiff in error.

Fraser, Effler, Shumaker & Winn, Toledo, for defendant in error.

For full opinion see 6 OO 351; 52 Oh Ap 272.